*1283 ante, p. 397;
517 U. S. 1209;
ante, p. 1187;
ante, p. 1213;
ante, p. 1157;
519 U. S. 1129;
ante, p. 1170;
ante, p. 1124;
ante, p. 1158;
ante, p. 1129;
ante, p. 1172;
ante, p. 1188;
ante, p. 1176;
ante, p. 1176;
ante, p. 1190;
ante, p. 1216;
ante, p. 1190;
ante, p. 1179;
*1284 No. 96-8247.
No. 96-8344.
No. 96-8360.
No. 96-8361.
ante, p. 1201;
ante, p. 1202;
ante, p. 1202; and
ante, p. 1209. Petitions for rehearing denied.